IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID PETERSEN,<br><br>          Plaintiff,<br><br>vs.<br><br>U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>          Defendant. | 8:22-CV-141<br><br>ORDER |

The plaintiff has moved to supplement his complaint. Filing 4. That motion will be granted. *See* Fed. R. Civ. P. 15(a)(1) (a party may amend its pleading once as a matter of course within 21 days after serving it); NECivR 15.1(b) (in pro se cases the Court may consider an amended pleading as supplemental to, rather than superseding, the original pleading).

IT IS ORDERED:

1. The plaintiff's motion to amend complaint (filing 4) is granted.

2. The plaintiff's supplemental allegations and attachments (filing 4 at 2-6) are deemed incorporated by reference into the plaintiff's complaint.

Dated this 5th day of May, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge