IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID PETERSEN,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>Defendant. | **8:22CV141**<br><br>**ORDER** |

Pursuant to the court's August 16, 2022, Order to Show Cause, Plaintiff filed a response which claims to show service of process on Defendant. (Filing No. 7). However, a review of the filing reveals Plaintiff has not properly served Defendant pursuant to Federal Rule of Civil Procedure 4(i).

Accordingly,

IT IS ORDERED that Plaintiff shall have until September 22, 2022, to effectuate service on Defendant. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 23rd day of August, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*

United States Magistrate Judge