IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID PETERSEN,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>Defendant. | **8:22CV141**<br><br>**ORDER** |

This matter is before the court on Plaintiff's motion for leave to amend his complaint. (Filing No. 10). That motion will be granted. Additionally, the court reviews Plaintiff's responses to the court's order to show cause. (Filing Nos. 9 and 11). In doing so, the court notes that Plaintiff has failed to properly serve Defendant under Federal Rules of Civil Procedure 4(i). Accordingly,

IT IS ORDERED:

1.  Plaintiff's motion to amend complaint (Filing No. 10) is granted.

2.  Plaintiff's supplement allegations and attachments (Filing No. 10) are deemed incorporated by reference into the plaintiff's complaint (Filing No. 1) and first motion to amend complaint. (Filing No. 4 at 2-6).

3.  For service of process on Defendant, the Clerk of Court is directed to complete three summons forms for the following addresses:

United States Attorney – District of Nebraska
1620 Dodge Street, #1400
Omaha, NE 68102

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549

The Clerk of the Court shall provide the summons to Plaintiff to effectuate service.

     4.     Plaintiff shall serve the summons together with a copy of the complaint (Filing No. 1), the first motion to amend complaint (Filing No. 4), the second motion to amend complaint (Filing No. 10), and a copy of this order on the above-named entities.

     5.     Plaintiff shall have until October 20, 2022, to perfect service on Defendant in accordance with Federal Rule of Civil Procedure 4(i).

     6.     Failing to comply with this order could result in dismissal of this case without further notice.

Dated this 22nd day of September, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge